**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6183**

KAIMEL GLENN,

                    Plaintiff - Appellant,

          v.

CMS MEDICAL TEAM,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:10-cv-03487-WDQ)

Submitted:  July 28, 2011            Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kaimel Glenn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaimel Glenn seeks to appeal the district court's order administratively closing his case until it can be placed on the active docket. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Glenn seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Penn-America Ins. Co. v. Mapp, 521 F.3d 290, 295-96 (4th Cir. 2008) (noting that an otherwise non-final order does not become final because the district court administratively closes the case). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2